# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re: §
§
SALMONSEN, JAMES D. § Case No. 14-61349
SALMONSEN, KIM L. §
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter   of the United States Bankruptcy Code was filed on   . The undersigned trustee was appointed on   .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]          $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $\_\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_\_, for a total compensation of $\_\_\_\_\_[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_\_, for total expenses of $\_\_\_\_\_[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/ROSS RICHARDSON_____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 14-61349 RBK Judge: RALPH KIRSCHER | | Trustee Name: | | ROSS RICHARDSON |
| --- | --- | --- | --- | --- | --- |
| Case Name: | SALMONSEN, JAMES D. | | Date Filed (f) or Converted (c): | | 12/01/14 (f) |
| | SALMONSEN, KIM L. | | 341(a) Meeting Date: | | 01/16/15 |
| For Period Ending: | 06/18/15 | | Claims Bar Date: | | 04/16/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY LOCATED AT 1801 GAYLORD ST., BUTTE, | 130,000.00 | 519.53 | | 0.00 | FA |
| 2. BUTTE COMMUNITY FEDERAL CREDIT UNION CHECKING/SAVI | 25.61 | 0.00 | | 0.00 | FA |
| 3. EDTECH FEDERAL CREDIT UNION CHECKING/SAVINGS ACCT | 61.51 | 0.00 | | 0.00 | FA |
| 4. SWMFCU CHECKING/SAVINGS ACCT NO. 316534-99 | 25.02 | 0.00 | | 0.00 | FA |
| 5. 2 PERSONAL PC'S | 100.00 | 0.00 | | 0.00 | FA |
| 6. BBQ, LAWN MOWER | 45.00 | 0.00 | | 0.00 | FA |
| 7. BEDROOM FURNITURE, TV, BEDROOM LINENS, DECOR | 335.00 | 0.00 | | 0.00 | FA |
| 8. KITCHEN APPLIANCES | 500.00 | 0.00 | | 0.00 | FA |
| 9. LIVING ROOM FURNITURE | 600.00 | 0.00 | | 0.00 | FA |
| 10. TV, TV STAND, BED, DRESSER | 200.00 | 0.00 | | 0.00 | FA |
| 11. FAMILY PHOTOGRAPHS, WALL DECOR & PICTURES | 175.00 | 0.00 | | 0.00 | FA |
| 12. MEN'S AND WOMEN'S APPAREL | 300.00 | 0.00 | | 0.00 | FA |
| 13. WEDDING BAND, COSTUME JEWELRY | 250.00 | 0.00 | | 0.00 | FA |
| 14. ELIPITICAL MACHINE & HAND WEIGHTS | 150.00 | 0.00 | | 0.00 | FA |
| 15. STATE OF MONTANA LIFE INSURANCE POLICY (NO CASH VA | 0.00 | 0.00 | | 0.00 | FA |
| 16. STATE OF MONTANA PERS | 84,505.46 | 0.00 | | 0.00 | FA |
| 17. 1998 FORD WINSTAR VIN#2FMDA5149WBA29111 (DEBTOR IS | 74.20 | 0.00 | | 0.00 | FA |
| 18. 2012 CHEVROLET AVALANCHE VIN#3GNTKEE74CG119722 | 25,000.00 | 0.00 | | 0.00 | FA |
| 19. 2014 DODGE CHARGER VIN#2C3CDXDT1EH278069 | 29,900.00 | 0.00 | | 0.00 | FA |
| 20. TAX REFUNDS (u) REFUND IS ESTIMATED BASED UPON 2013 TAX RETURNS. | Unknown | 1,400.00 | | 1,818.00 | FA |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)   $272,246.80   $1,919.53   $1,818.00   $0.00
(Total Dollar Amount in Column 6)

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: | 14-61349 RBK Judge: RALPH KIRSCHER | Trustee Name: ROSS RICHARDSON |
| Case Name: | SALMONSEN, JAMES D. | Date Filed (f) or Converted (c): 12/01/14 (f) |
| | SALMONSEN, KIM L. | 341(a) Meeting Date: 01/16/15 |
| | | Claims Bar Date: 04/16/15 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

1/16/15 - SUBMITTED INITIAL REPORT.  BAR DATE IS 4/16/15.

MAJOR ACTIVITIES AFFECTING CASE CLOSING:

1/21/15 - HELD REFUND.

1/21/15 - FILED APP TO HIRE TRUSTEE AS ATTY.

1/21/15 - WROTE TAX REMINDER LETTER TO ATTY (CC: DEBTOR).

6/18/15 - TFR DONE.

Initial Projected Date of Final Report (TFR): 08/15/15      Current Projected Date of Final Report (TFR): 08/15/15

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 14-61349 -RBK | Trustee Name: | ROSS RICHARDSON |
|---|---|---|---|
| Case Name: | SALMONSEN, JAMES D. | Bank Name: | Associated Bank |
|  | SALMONSEN, KIM L. | Account Number / CD #: | *******4042  Checking Account |
| Taxpayer ID No: | *******0275 | | |
| For Period Ending: | 06/18/15 | Blanket Bond (per case limit): | $ 76,101,573.00 |
|  |  | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/30/15 | 20 | STATE OF MT CK #24042649 | TAX REFUND | 1224-000 | 1,635.00 | | 1,635.00 |
| 04/30/15 | 20 | STATE OF MT CK #24042652 | TAX REFUND | 1224-000 | 183.00 | | 1,818.00 |
| 05/20/15 | 010001 | JAMES & KIM SALMONSEN 1801 GAYLORD BUTTE, MT  59701 | OVERPAYMENT OF TAX REFUND | 8500-002 | | 149.42 | 1,668.58 |
| 06/05/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,658.58 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 1,818.00 | 159.42 | 1,658.58 |
| Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 1,818.00 | 159.42 | |
| Less:  Payments to Debtors | | | 149.42 | |
| Net | | 1,818.00 | 10.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********4042 | 1,818.00 | 10.00 | 1,658.58 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 1,818.00 | 10.00 | 1,658.58 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     1,818.00     159.42

| | | EXHIBIT A | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: June 18, 2015 |

Case Number: 14-61349
Debtor Name: SALMONSEN, JAMES D.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|
| 000001A 050 4110-00 | BUTTE COMMUNITY FCU<br>2901 GRAND AVE.<br>BUTTE, MT 59701 | Secured<br>(1-1) 2014 DODGE CHARGER | $33,300.00 | $0.00 | $33,300.00 |
| 000005 050 4110-00 | Wells Fargo Bank NA<br>PO Box 10438<br>Des Moines IA 50306-0438 | Secured<br>(5-1) STEELES | $1,235.30 | $0.00 | $1,235.30 |
| 000001B 070 7100-00 | BUTTE COMMUNITY FCU<br>2901 GRAND AVE.<br>BUTTE, MT 59701 | Unsecured | $4,392.58 | $0.00 | $4,392.58 |
| 000002 070 7100-00 | BUTTE COMMUNITY FCU<br>2901 GRAND AVE.<br>BUTTE, MT 59701 | Unsecured | $1,592.38 | $0.00 | $1,592.38 |
| 000003 070 7100-00 | BUTTE COMMUNITY FCU<br>2901 GRAND AVE.<br>BUTTE, MT 59701 | Unsecured | $1,999.56 | $0.00 | $1,999.56 |
| 000004 070 7100-00 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured<br>(4-1) Unsecured Debt | $1,835.46 | $0.00 | $1,835.46 |
| 000006 070 7100-00 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured<br>(6-1) Unsecured Debt | $903.92 | $0.00 | $903.92 |
| 000007 070 7100-00 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured<br>(7-1) Unsecured Debt | $1,135.86 | $0.00 | $1,135.86 |
| 000008 070 7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | $2,613.49 | $0.00 | $2,613.49 |
| 000009 070 7100-00 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured<br>(9-1) Carpet One or GEMB or GECRB | $1,658.87 | $0.00 | $1,658.87 |
| 000010 070 7100-00 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured<br>(10-1) Walmart Credit Card or GEMB or GECRB | $1,621.40 | $0.00 | $1,621.40 |
| 000011 070 7100-00 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120 | Unsecured<br>(11-1) JCP credit card or GEMB or GECRB | $1,136.72 | $0.00 | $1,136.72 |

| | | EXHIBIT A | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: June 18, 2015 |

Case Number:  14-61349  
Debtor Name:  SALMONSEN, JAMES D.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Miami FL 33131-1605 | | | | | |
| 000012 070 7100-00 | Synchrony Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | (12-1) Preferred Physicians or GEMB or GECRB | $580.54 | $0.00 | $580.54 |
| 000013 070 7100-00 | Synchrony Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | (13-1) QCARD or GEMB or GECRB | $1,144.86 | $0.00 | $1,144.86 |
| 000014 070 7100-00 | Synchrony Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | (14-1) QCARD or GEMB or GECRB | $893.89 | $0.00 | $893.89 |
| 000015 070 7100-00 | CAVALRY SPV I, LLC. BASS & ASSOCIATES, P.C. 3936 E. FT. LOWELL RD. STE 200 TUCSON, AZ. 85712 | Unsecured | | $804.21 | $0.00 | $804.21 |
| | Case Totals: | | | $56,849.04 | $0.00 | $56,849.04 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-61349
Case Name: SALMONSEN, JAMES D.
SALMONSEN, KIM L.
Trustee Name: ROSS RICHARDSON

Balance on hand $_____

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001A | BUTTE COMMUNITY FCU | $ | $ | $ | $ |
| 000005 | Wells Fargo Bank NA | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ROSS RICHARDSON | $ | $ | $ |
| Trustee Expenses: ROSS RICHARDSON | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | BUTTE COMMUNITY FCU | $ | $ | $ |
| 000003 | BUTTE COMMUNITY FCU | $ | $ | $ |
| 000004 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 000006 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 000007 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 000008 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000009 | Synchrony Bank | $ | $ | $ |
| 000010 | Synchrony Bank | $ | $ | $ |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | Synchrony Bank | $ | $ | $ |
| 000012 | Synchrony Bank | $ | $ | $ |
| 000013 | Synchrony Bank | $ | $ | $ |
| 000014 | Synchrony Bank | $ | $ | $ |
| 000015 | CAVALRY SPV I, LLC. | $ | $ | $ |
| 000001B | BUTTE COMMUNITY FCU | $ | $ | $ |

Total to be paid to timely general unsecured creditors   $_____

Remaining Balance   $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE